| RequestID: | 128212 |
|---|---|
| Request Date: | Nov 15 2018  2:42PM |
| Date Range: | 1990-01-01 - 2050-12-31 23:59:59.000 |
| Report Type | DOE and Earnings |
| WIN: | 106786578 |



EXHIBIT
1

| WIN_NBR | FIRST_NAME | LAST_NAME | STORE_NBR | PAYROLL_RUN_DATE | BASE_PAY_RATE_AMT | SALARY | NETPAY |
|---|---|---|---|---|---|---|---|
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-01-10 | 3726.93 | 96900.18 | 2895.57 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-01-24 | 3726.93 | 96900.18 | 2952.19 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-02-07 | 3726.93 | 96900.18 | 2952.21 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-02-21 | 3726.93 | 96900.18 | 2952.19 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-03-06 | 3726.93 | 96900.18 | 59112.87 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-03-20 | 3726.93 | 96900.18 | 2978.84 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-04-03 | 3726.93 | 96900.18 | 2978.83 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-04-17 | 4174.16 | 108528.16 | 2728.56 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-05-01 | 4174.16 | 108528.16 | 2728.58 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-05-15 | 4174.16 | 108528.16 | 2728.56 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-05-29 | 4174.16 | 108528.16 | 3436.67 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-06-12 | 4174.16 | 108528.16 | 3436.66 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-06-26 | 4174.16 | 108528.16 | 3436.66 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-07-10 | 4174.16 | 108528.16 | 2731.8 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-07-24 | 4174.16 | 108528.16 | 2602.57 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-08-07 | 4174.16 | 108528.16 | 2805 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-08-21 | 4174.16 | 108528.16 | 2805 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-09-04 | 4174.16 | 108528.16 | 2805 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-09-18 | 4174.16 | 108528.16 | 2805 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-10-02 | 4174.16 | 108528.16 | 2805 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-10-16 | 4174.16 | 108528.16 | 2805 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-10-30 | 4174.16 | 108528.16 | 2774.58 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-11-13 | 4174.16 | 108528.16 | 2774.57 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-11-27 | 4174.16 | 108528.16 | 2774.57 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-12-11 | 4174.16 | 108528.16 | 2774.57 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2016-12-25 | 4174.16 | 108528.16 | 2774.57 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2017-01-08 | 4174.16 | 108528.16 | 2510.37 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2017-01-22 | 4174.16 | 108528.16 | 2485.05 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2017-02-05 | 4174.16 | 108528.16 | 2485.05 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2017-02-19 | 4174.16 | 108528.16 | 3087.18 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2017-03-05 | 4174.16 | 108528.16 | 52309.91 |
| 106786578 | ISMETA | KADRIBASIC | 4739 | 2017-03-19 | 4174.16 | 108528.16 | 1687.58 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-04-02 | 4591.58 | 119381.08 | 2725.17 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-04-16 | 4671.94 | 121470.44 | 2771.58 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-04-30 | | 4671.94 | 121470.44 | 2771.56 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-05-14 | | 4671.94 | 121470.44 | 2771.58 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-05-28 | | 4671.94 | 121470.44 | 2771.57 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-06-11 | | 4671.94 | 121470.44 | 2771.58 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-06-25 | | 4671.94 | 121470.44 | 3838.26 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-07-09 | | 4671.94 | 121470.44 | 3838.28 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-07-23 | | 4671.94 | 121470.44 | 3838.27 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-08-06 | | 4671.94 | 121470.44 | 3838.27 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-08-20 | | 4671.94 | 121470.44 | 3838.28 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-09-03 | | 4671.94 | 121470.44 | 3309.09 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-09-17 | | 4671.94 | 121470.44 | 3360.69 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-10-01 | | 4671.94 | 121470.44 | 3360.7 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-10-15 | | 4671.94 | 121470.44 | 3360.69 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-10-29 | | 4671.94 | 121470.44 | 3167.27 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-11-12 | | 4671.94 | 121470.44 | 3167.28 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-11-26 | | 4671.94 | 121470.44 | 3167.27 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-12-10 | | 4671.94 | 121470.44 | 3830.99 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2017-12-24 | | 4671.94 | 121470.44 | 3831 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-01-07 | | 4671.94 | 121470.44 | 3562.16 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-01-21 | | 4671.94 | 121470.44 | 3043.71 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-02-04 | | 4671.94 | 121470.44 | 3568.79 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-02-18 | | 4671.94 | 121470.44 | 3568.8 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-03-04 | | 4671.94 | 121470.44 | 103360.46 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-03-18 | | 4671.94 | 121470.44 | 3527.86 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-04-01 | | 4671.94 | 121470.44 | 3527.85 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-04-15 | | 4671.94 | 121470.44 | 3527.85 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-04-29 | | 4671.94 | 121470.44 | 3527.86 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-05-13 | | 4671.94 | 121470.44 | 3527.85 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-05-27 | | 4671.94 | 121470.44 | 3214.3 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-06-10 | | 4671.94 | 121470.44 | 3214.29 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-06-24 | | 4671.94 | 121470.44 | 3214.3 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-07-08 | | 4671.94 | 121470.44 | 3214.3 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-07-22 | | 4671.94 | 121470.44 | 3214.29 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-08-05 | | 4671.94 | 121470.44 | 3214.3 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-08-19 | | 4671.94 | 121470.44 | 3214.3 |

| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-09-02 | 4671.94 | 121470.44 | 3214.29 |
|---|---|---|---|---|---|---|---|
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-09-16 | 4671.94 | 121470.44 | 3214.3 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-09-30 | 4671.94 | 121470.44 | 3317.21 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-10-14 | 4671.94 | 121470.44 | 3522.45 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-10-28 | 4671.94 | 121470.44 | 3481.43 |
| 106786578 | ISMETA | KADRIBASIC | 8166 | 2018-11-11 | 4671.94 | 121470.44 | 5104.94 |