IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 26 2021

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| ISMETA KADRIBASIC,<br>Plaintiff,<br><br>v.<br><br>WAL-MART INC.,<br>Defendant. | Civil Action No.<br>1:19-cv-03498-SDG |

## VERDICT FORM

### Section I: Disability Termination Claim

Do you find by a preponderance of the evidence:

1. That Tina Kadribasic either had a "disability" and/or that Walmart regarded her as disabled?

    Answer Yes or No     __Yes__

*If your answer is "No," proceed to Section II and find in favor of Walmart.*
*If your answer is "Yes," go to the next question.*

2. That Tina Kadribasic was a "qualified individual?"

    Answer Yes or No     __NO__

*If your answer is "No," proceed to Section II and find in favor of Walmart.*
*If your answer is "Yes," go to the next question.*

3. That Walmart terminated Tina Kadribasic's employment because of her disability and/or because Walmart regarded her as disabled?
Answer Yes or No            *NO*

*If your answer is "No," proceed to Section II and find in favor of Walmart.*
*If you answered "Yes" to all three of the questions in Section I, proceed to Section II and find in favor of Tina Kadribasic.*

## Section II: Verdict

__✓__ We, the jury, find in favor of Defendant Walmart.

**OR**

_____ We, the jury, find in favor of Plaintiff Tina Kadribasic.

**AND**

We, the jury, find that Plaintiff Tina Kadribasic is entitled to:

$_____ as compensatory damages for emotional pain and mental anguish.

*If your decision is that Tina Kadribasic is not entitled to any compensatory damages, do not award any punitive damages.*

$_____ as punitive damages against Walmart.


SO SAY WE ALL.

DATE: 9/26/21

_____
Foreperson's Signature