IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISMETA KADRIBASIC,<br><br>    Plaintiff,<br><br>        v.<br><br>WAL-MART, INC.,<br><br>    Defendant. | Civil Action No.<br>1:19-cv-03498-SDG |

### JUDGMENT

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict against Plaintiff Ismeta Kadribasic and in favor of Defendant Wal-Mart, Inc.

It is **Ordered and Adjudged** that Plaintiff take nothing, that the action be dismissed, and the Defendant recover its costs of the action as allowed by law.

**SO ORDERED** this the 28th day of October 2021.

Steven D. Grimberg
United States District Court Judge