# EXHIBIT A

| | |
|---|---|
| **From:** | Julie Burke <jb@hkw-law.com> |
| **Sent:** | Sunday, October 24, 2021 3:13 PM |
| **To:** | Alisha Holland |
| **Cc:** | Doug Kertscher; Blake Frye; Pope, Benson; Day, Alison; Gibson, Jacob |
| **Subject:** | 19-cv-03498-SDG Kadribasic v. Wal-Mart Inc. |

Ms. Holland,

In order to simplify and help speed along the trial, I am writing on behalf of Plaintiff Kadribasic to voluntarily withdraw her reasonable accommodation claim. Plaintiff intends to submit only her ADA discriminatory discharge claim to the jury.

Julie