# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISMETA KADRIBASIC,<br><br>       Plaintiff,<br><br>v.<br><br>WAL-MART, INC.,<br><br>       Defendant. | CIVIL ACTION NO. 1:-19-cv-03498 SDG |

## **DECLARATION OF JOHN STEMBRIDGE**

I, John Stembridge, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a citizen of the United States, over 18 years of age, and reside in the State of Georgia.  The facts contained in this Declaration are based on my personal knowledge and, if called and sworn as a witness, I could and would testify competently to the facts contained in this Declaration.

2.      I make this Declaration in support of Defendant Walmart, Inc. ("Defendant")'s Motion for Attorneys' Fees.

3.  I am an attorney licensed to practice law in the State of Georgia. My Georgia license was issued in October 2003 and has remained active and in good standing since its issuance.

4.  I am currently a Partner at the law firm of Stembridge Taylor, LLC located at 2951 Piedmont Rd NE, Suite 200, Atlanta, GA 30305.

5.  I have practiced law in the Atlanta, Georgia area for eighteen years. During that time, I have litigated extensively in the United States District Court for the Northern District of Georgia, and in other federal and state courts throughout Georgia.

6.  I have practiced employment law for my entire legal career. In particular, I specialize in employment litigation, including regularly representing employers against claims for, among other things, discrimination, harassment, and retaliation arising under the Americans with Disabilities Act ("ADA"), the Family and Medical Leave Act ("FMLA"), and other federal and state employment laws. I have significant experience in litigating lawsuits arising under the ADA and FMLA.

7.  I am familiar with the nature of the Plaintiff's allegations and claims in the above-styled case, *Ismeta Kadribasic v. Wal-Mart Inc.*, with the nature of Defendant's defenses, and with the procedural history of the case. In my practice, I have litigated cases similar to this one.

8. I am familiar with the law firm of Littler Mendelson, PC, and with its reputation in the Atlanta, Georgia area and nationally. Littler Mendelson has an excellent reputation, and in my experience, their attorneys are skilled and highly capable.

9. I am also familiar with Defendant's lead counsel for this case, Benson E. Pope. I have worked with Mr. Pope in the past, and I know him to be a skilled and experienced employment defense attorney of excellent reputation.

10. I am familiar with the rates charged in the Atlanta, Georgia area, including for cases pending in the Northern District of Georgia, for the defense of claims arising under the ADA and FMLA in cases like this one, including by lawyers of skill, experience, and reputation similar to Defendant's attorneys and at national law firms like Littler Mendelson.

11. My current hourly rate for matters like this one is $450 per hour, which I charge clients, and which clients pay, for my representation of them in employment-related legal matters. For example, in November 2021, I was awarded fees in an ADA case at $450 per hour (*See* Order in *Lamb v. Clayton County School District*, No. 1:19-CV-0695-JSA [Doc. 174]). In September 2021, I was awarded fees in a Title VII sexual harassment case at $450 per hour (*See* Order in *Johnston v. Pye Cars of Dalton, Inc.*, No. 4:19-CV-00126-WEJ [Doc. 106]).

12. Based upon my personal knowledge of billing rates, as well as upon my review of affidavits filed in similar cases by other plaintiff's and defendant's lawyers, I am aware that the prevailing market rate in and around metropolitan Atlanta and throughout the Northern District of Georgia ranges from $325 to $650 per hour for lead counsel and partner-level attorneys in employment discrimination cases, from $175 to $450 per hour for associate attorneys, and $85 to $170 per hour for paralegals.

13. I understand that in this case, Littler Mendelson charged Defendant the following hourly rates: $375 for Shareholder Benson E. Pope; $350 for Shareholder Alison Day; $250 for Associate Joshua Lott; $240 for Associate Jacob Gibson; $225 for research, brief-writing, and discovery staff attorneys; and $100 for paralegals. I am familiar with the market rate for counsel with 15-20+ years of employment law experience, like Mr. Pope and Ms. Day, which ranges from $350 to $650 per hour. It is my opinion that the rates Mr. Pope, Ms. Day, Mr. Lott, and Mr. Gibson charged and are requesting are on the low end of rates for attorneys with their experience and expertise.

14. It is my understanding that Defendant's attorneys incurred a total of 1,786.7 hours and $407,980.50 in attorneys' fees in defending against this lawsuit.

15. Based on my knowledge and experience, it is my opinion that Defendant's attorneys' total hours of 1,786.7 and total fees of $407,980.50 are reasonable for the defense of a case like this, by attorneys of the reputation, skill, and experience of Defendant's attorneys.

16. It is my understanding that Defendant incurred an estimated $171,689.90 in attorneys' fees strictly in connection with the defense of Plaintiff's failure-to-accommodate claim under the ADA (Count Three of Plaintiff's Complaint).

17. Based on my knowledge and experience, it is reasonable to bill $171,689.9 in attorneys' fees strictly for the defense of Plaintiff's ADA failure-to-accommodate claim.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of December, 2021.

_____

John Stembridge

4882-6126-5927.2 / 080000-4015